Decided May 7, 2003

## TERRY RICHARDSON *v.* COMMISSIONER OF CORRECTION

The petitioner Terry Richardson's petition for certification for appeal from the Appellate Court, 76 Conn. App. 904 (AC 23126), is denied.

*James M. Fox*, special public defender, in support of the petition.

*Rita M. Shair*, senior assistant state's attorney, in opposition.

Decided May 7, 2003